**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodney WILSON, Defendant–Appellant.**

No. 09–7892.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 19, 2010.

Decided Jan. 28, 2010.

Rodney Wilson, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Wilson appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18

U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. *See United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004) (motion under § 3582(c) "is subject to the discretion of the district court"); *United States v. Legree*, 205 F.3d 724, 727 (4th Cir.2000). Thus, we affirm the district court's order for the reasons stated there. *See United States v. Wilson*, No. 4:03–cr–70134–nkm–mfu–3 (W.D.Va. Sept. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*